# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY BAUGH, *et al.*, | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 17-00412-KD-B |
| NATIONSTAR MORTGAGE, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 17, 2018 (doc. 24), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is remanded to the Circuit Court of Clarke County, Alabama.

**DONE** this 2nd day of May 2018.

      s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**